# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Com. v. Wright ........................ | 766 EDA 2015 Affirmed | 12/01/2016 | CP–51–CR–0001845–2013 (Philadelphia) |
| In the Interest of: A.A. ................. | 1006 EDA 2016 Affirmed | 12/01/2016 | No. CP–64–DP–2–2014 (Wayne) |
| Com. v. Demark ...................... | 957 MDA 2015 Vacated and Remanded | 12/01/2016 | CP–40–CR–0001901–2014 (Luzerne) |
| Castillo v. Kelly ...................... | 36 MDA 2016 Affirmed | 12/01/2016 | 10136–2013 (Luzerne) |
| Com. v. Tyma ......................... | 1908 WDA 2015 Affirmed | 12/01/2016 | CP–02–CR–0002031–2011 CP–02–CR–0002032–2011 CP–02–CR–0002034–2011 CP–02–CR–0002564–2011 CP–02–CR–0002583–2011 CP–02–CR–0004424–2011 CP–02–CR–0004600– |

| | | | |
|---|---|---|---|
| | | | 2011<br>CP–02–CR–0007833–2011<br>CP–02–CR–0011977–2011<br>(Allegheny) |
| In re N.N.W.; Appeal of S.W. | 950 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000028–2016<br>(Allegheny) |
| In re S.L.W.; Appeal of S.W. | 951 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000029–2016<br>(Allegheny) |
| In re Z.T.W.; Appeal of S.W. | 952 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000033–2016<br>(Allegheny) |
| In re N.J.W.; Appeal of S.W. | 953 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000027–2016<br>(Allegheny) |
| In re S.L.W.; Appeal of S.W. | 969 WDA 2016<br>Affirmed | 12/01/2016 | CP–02–AP–0000026–2016<br>(Allegheny) |
| Com. v. Bryant | 2455 EDA 2015<br>Affirmed | 12/02/2016 | CP–51–CR–1206841–1997<br>CP–51–CR–1206851–1997<br>(Philadelphia) |
| Com. v. Jacobs | 250 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–CR–1003721–1995<br>(Philadelphia) |
| Com. v. Smith | 682 EDA 2016<br>Affirmed<br>Application to Withdraw as Counsel Granted | 12/02/2016 | CP–23–CR–0001706–2015<br>(Delaware) |
| Com. v. Harris | 799 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–CR–0101751–2002<br>(Philadelphia) |
| In the Interest of: T.D.C. | 1596 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–AP–0000314–2016<br>CP–51–DP–0002301–2014<br>(Philadelphia) |
| In the Interest of: T.C.Q.C. | 1598 EDA 2016<br>Affirmed | 12/02/2016 | CP–51–AP–0000315–2016<br>CP–51–DP–0002302–2014<br>(Philadelphia) |
| Com. v. McCoy | 1868 MDA 2015<br>Affirmed | 12/02/2016 | CP–40–CR–0003964–2012<br>(Luzerne) |